### *PIROT* vs, *BEARD,*

APPEAL from the court of the sixth district.

PORTER, J. delivered the opinion of the court. In this case, there is neither statement

Western Dis.
October 1828.

PIROT
*vs.*
BEARD.

of facts, bill of exceptions, nor any other matter by which the court can revise or examine the judgment below. It is, therefore, ordered, adjudged, and decreed, that the appeal be dismissed with costs.

*Morris* for the plaintiff—*Rost* for the defendant.